Thomas Gearica, Plaintiff-Appellant, v. Louis Boulabanis, d/b/a Hi-Ball Lounge, 22 North Crawford Avenue, Chicago, Illinois and Milton L. Aaron, Defendants-Appellees.

Gen. No. 47,612.

First District, Second Division.

April 28, 1959.

Released for publication May 15, 1959.

Jack L. Sachs and Myron Nelson, for plaintiff-appellant; Lord, Bissell & Brook (Gordon R. Close, James J. Walsh, Richard E. Mueller, of counsel) for defendants-appellees. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.